| 083P04-2 | State v. Philip Ray Dawkins | 1. Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP14-945) | 1. Dismissed |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court Stanly County | 2. Dismissed |
| | | 3. Def's Motion to Hold Petition for *Writ of Certiorari* in Abeyance | 3. Dismissed as moot |
| 084A16 | Faires, et al. v. State Board of Elections, et al. | John V. Orth's Motion for Leave to File Amicus Brief | Allowed **03/30/2016** **Edmunds, J. recused** |
| 092P16 | State v. Ray Charles Strickland | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 102P13-3 | State v. Charles Anthony Ball | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 109P16 | State v. Curtis Joel Smith | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-545) | Denied **03/30/2016** |
| 113P16 | State v. Austin Lynn Miller | 1. State's Motion for Temporary Stay (COA15-636) | 1. Allowed **03/31/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's Notice of Appeal Based Upon a Constitutional Question | 3. |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. |
| 125P16 | State v. Mark Wayne Ballard | 1. Def's *Pro Se* Motion for Leave of the Court to File Notice of Appeal (COAP15-832) | 1. |
| | | 2. Def's *Pro Se* Motion for Extension of Time to File Notice of Appeal | 2. |
| | | 3. Def's *Pro Se* Motion for Equitable Tolling | 3. |
| | | 4. Def's *Pro Se* Motion to Stay | 4. Dismissed **04/06/2016** |
| | | 5. Def's *Pro Se* Motion for Appointment of Counsel | 5. |
| 131P16 | State v. Somchoi Noonsob | 1. Def's *Pro Se* Motion for Appropriate Relief/Release (COAP16-103) | 1. Denied **04/13/2016** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **04/13/2016** |